SIMON ROTHSCHILD, Respondent, *v.* THE RIO GRANDE WESTERN RAILWAY COMPANY, Appellant.

*Rothschild* v. *Rio Grande W. Ry. Co.,* 31 App. Div. 630, affirmed.
(Argued October 18, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 22, 1898, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*Roger A. Pryor* for appellant.

*George Hoadly* and *William Strauss* for respondent.

Judgment affirmed, with costs, on opinion of FOLLETT, J. (84 Hun, 103).

Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J.

---

SAMUEL W. CASTNER et al., Respondents, *v.* JOHN DURYEA, Appellant.

*Herbert* v. *Duryea,* 34 App. Div. 478, affirmed.
(Argued October 19, 1900; decided November 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 23, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*Reuben Leslie Maynard* for appellant.

*Jacob Marks* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting: PARKER, Ch. J., and GRAY, J.